AO 91 (Rev. 5/95) Criminal Complaint

_____

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

**UNITED STATES OF AMERICA**

**V**                             **CRIMINAL COMPLAINT**

**VAZQUEZ CABRERA, Rodolfo**        CASE NUMBER: 1:19-**PO 009**
A209 300 183

I, the undersigned being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __02/11/2019__ in __Cameron__ County, in the __SOUTHERN__ District of __TEXAS__ defendant, an alien did,

knowingly, willfully and in violation of law attempted to gain illegal entry into the United States by concealment of a material fact, and in furtherance of such violation presented an altered United States passport,

in violation of Title __8__ United States Code, Section(s) __1325 (a)(3)__.

I further state that I am a (n) __Customs and Border Protection Officer__ and that this complaint is based on the following facts:

The defendant attempted to gain illegal entry into the United States through the Brownsville & Matamoros International Bridge in Brownsville, Texas. The defendant presented a United States passport bearing the name of Rodolfo Vazquez Cabrera and further claimed to be a citizen of the United States to a Customs and Border Protection Officer. In secondary, computer queries revealed that the passport presented by the defendant was issued to Joey Polo Ramos Molina. After further examination of the document, it was determined that the biographical page was altered. Computer checks also revealed that the defendant is a citizen and national of Mexico with no legal status to enter or be in the United States.

Defendant had $25.00 USD and $5,400.00 Mex pesos.

**Continued on the attached sheet and made a part hereof:**     ___Yes  **X** No

                                                         /s/
                                         _____
                                         **Andres R. Garza CBPEO**
                                               Signature of Complainant

**Sworn to before me and subscribed in my presence,**

__February 13, 2019__                at          __BROWNSVILLE, TEXAS__
Date                                                                 City and State

**RONALD G. MORGAN, U.S. MAGISTRATE JUDGE**      _____
Name & Title of Judicial Officer                                  Signature of Judicial Officer